IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| ESTES SMITH | : | CIVIL ACTION |
|---|---|---|
| v. | : | |
| PATRICK R. DONAHOE,<br>Postmaster General | : | NO. 12-2639 |

# **O R D E R**

AND NOW, this 15th day of January, 2013, upon consideration of Defendant's Motion to Dismiss Plaintiff's Amended Complaint, the response, reply, and sur-reply, and for the reasons stated in the accompanying Memorandum, IT IS HEREBY ORDERED that Plaintiff's request to WITHDRAW Count I of the Amended Complaint is GRANTED, and the Motion to Dismiss (Doc. 14), properly considered as one filed pursuant to Federal Rule of Civil Procedure 12(b)(6), is DENIED.

BY THE COURT:

/s/ELIZABETH T. HEY
_____
ELIZABETH T. HEY
UNITED STATES MAGISTRATE JUDGE