IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ESTES SMITH | : | CIVIL ACTION |
| v. | : | |
| PATRICK DONAHOE, Postmaster General | : | NO. 12-2639 |

## **O R D E R**

AND NOW, this 18th day of October, 2013, upon consideration of Defendant's motion for reconsideration (Doc. 55), and the response, thereto, and for the reasons stated in the accompanying Memorandum, IT IS HEREBY ORDERED that the Motion for Reconsideration is GRANTED.  Upon consideration of Defendant's theory that no adverse employment action occurred because Plaintiff could have rectified the misunderstanding, the Motion for Summary Judgment (Doc. 39) is DENIED.

BY THE COURT:

/s/ELIZABETH T. HEY
_____
ELIZABETH T. HEY
UNITED STATES MAGISTRATE JUDGE